**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TIGANA TETANI KISOKA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al*.,<br><br>Respondents. | Civil Action No. 1:26-cv-12882-MJJ |

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (ECF No. 7), Respondents respectfully provide the Court with the following status update on the bond hearing for Tigana Tetani Kisoka:

On July 1, 2026, this Court entered an Order requiring that a bond hearing be held for Petitioner by July 8, 2026. ECF No. 7. The Court further Ordered Respondents to provide a status report within 24 hours of the bond hearing confirming compliance of the Order. *Id.* A bond hearing commenced for the Petitioner on July 6, 2026.[1] The Immigration Judge granted the Petitioner's request for a change in custody status and bond was set in the amount of seven thousand five hundred (7,500) dollars. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

[1] This status report was filed more than 24 hours after the bond hearing as the undersigned counsel did not receive the written decision until today. A new policy from the Executive Office for Immigration Review is a written decision is to be issued following a bond hearing, but may take up to 48 hours to receive. The undersigned counsel received the decision from Immigration and Customs Enforcement agency counsel today.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 9, 2026

By: */s/ Vincent Engingro III*

VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 9, 2026

By: */s/ Vincent Engingro III*

VINCENT ENGINGRO III
Special Assistant United States Attorney