**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Tigana Tetani Kisoka** | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 26-cv-12882-MJJ |
| Moniz et al | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

JOUN, D.J.

In accordance with this Court's Order, Doc. No. 7, GRANTING the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner.

---

DATED: July 10, 2026

BY THE COURT,

/s/ Sophie Phillips